IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIO R. BALAGAPO,

      Plaintiff,                    No. CIV S-09-0405 JAM GGH PS

      vs.

GMAC MORTGAGE, LLC, et al.,

      Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Presently before the court is a motion to dismiss filed by defendants GMAC Mortgage, LLC and Mortgage Electronic Registration Systems, Inc., set for hearing on April 16, 2009. Plaintiff has not filed an opposition.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff shall show cause, in writing, within ten days from the date of this order, why he has not filed an opposition to defendants' motion.

    2. The hearing on defendants' motion is continued to May 14, 2009.[1] Plaintiff shall file and serve an opposition to that motion within the time required by the Local Rules. See E.D.

---

[1] Defendant Bank of America has a separate motion to dismiss, currently scheduled for hearing on May 14, 2009.

1

Local Rule 78-230. Failure to file an opposition will result in a recommendation that this action be dismissed for failure to prosecute.

DATED: April 8, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076
Balagapo0405.osc.wpd