1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8   VICTORIO R. BALAGAPO,

9           Plaintiff,                          No. CIV S-09-0405 JAM GGH PS

10          vs.

11

12  GMAC MORTGAGE, LLC, et al.,

13          Defendants.                         ORDER

14  _____/

15          Defendant Penncro Associates Inc.'s motion to dismiss presently is calendared for

16  hearing on June 11, 2009.  This court recently issued findings and recommendations

17  recommending that this action be dismissed with prejudice.

18          Based on those findings, IT IS ORDERED that:

19          1.  Defendant Penncro Associates Inc.'s motion to dismiss, filed April 28, 2009, is

20  vacated without prejudice; and

21          2.  The June 11, 2009 hearing is vacated from the calendar.

22  DATED: June 9, 2009

23                                              /s/ Gregory G. Hollows
                                                _____
24                                              GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE
25  GGH:076:Balagapo0405.vac.wpd

26

                                                1