IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIO R. BALAGAPO,

      Plaintiff,                      No. CIV S-09-0405 JAM GGH PS

    vs.

GMAC MORTGAGE, LLC, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On September 9, 2009, plaintiff filed a notice of substitution of counsel. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        Hearings presently scheduled on October 9, 2009 and October 22, 2009 are vacated.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

1         The parties are directed to renotice the hearings on the calendar of the District
2 Judge.
3         IT IS SO ORDERED.
4 DATED: September 30, 2009

          /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

ggh:055
Balagapo0405.dj.wpd